# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1965
LT Case No. 2023-CA-007832

_____

SHOPS at ST. JOHNS, LLC,

    Appellant,

    v.

DEGREE WELLNESS, LLC,
THOMAS LIGHTCAP, and LINDLEY
TOLBERT,

    Appellees.

_____


Nonfinal appeal from the Circuit Court for Duval County.
Virginia Norton, Judge.

Brian C. Blair, Robert W. Thielhelm, Jr., and Christian H.
Tiblier, of Baker & Hostetler, Orlando, for Appellant.

Scott A. Padgett, and Cristine M. Russell, of Rogers Towers,
P.A., Jacksonville, for Appellees.

March 5, 2024


PER CURIAM.

    AFFIRMED.


MAKAR, HARRIS, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____